**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Balbina MORALES–OSCOY,**
**Defendant–Appellant.**

**No. 07–40196**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Balbina Morales–Oscoy, Raymondville, TX, pro se.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Balbina Morales–Oscoy (Morales) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Morales has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under